CLOSED, JMH, REF_DISCOV

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:07-cv-60289-DTKH
### Internal Use Only

Eisler v. AU Optronics Corp. et al  
Assigned to: Judge Daniel T. K. Hurley  
Referred to: Magistrate Judge Lurana S. Snow  
Cause: 15:0015 Antitrust Litigation  

Date Filed: 02/28/2007  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**Scott Eisler**  
*on behalf of himself and all others similarly situated in the State of Florida*

represented by **Marc Aaron Wites**  
Wites & Kapetan  
4400 North Federal Highway  
Lighthouse Point, FL 33064  
954-570-8989  
Fax: 354-0205  
Email: mwites@wklawyers.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**CHI MEI Optoelectronics Co., LTD**

**Defendant**

**CHI MEI Optoelectronics USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**HannStar Display Corporation**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, Ltd**

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Idtech Co, LTD.**

**Defendant**

**Idtech USA Inc.**

**Defendant**

**IPSA Alpha Tecnology, LTD**

**Defendant**

**LG.Philips LCD Co, LTD**

**Defendant**

**LG.Philips LCD America Inc.**

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

NEC LCD Technologies, Ltd

**Defendant**

Samsung Electronics Company Ltd.

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., Ltd.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epson Electronics America Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Sony Corporation
*TERMINATED: 03/07/2007*

**Defendant**

Sony Corporation of America
*TERMINATED: 03/07/2007*

**Defendant**

Sony Electronics, Inc.
*TERMINATED: 03/07/2007*

**Defendant**

S-LCD Corporation

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co, LTD**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/28/2007 | 1 | CLASS ACTION COMPLAINT against all defendants Filing fee $ 350. , filed by Scott Eisler.(ra) (Entered: 03/01/2007) |
| 03/02/2007 | 2 | ORDER SETTING CALENDAR CALL AND TRIAL DATE, AND ORDER REFERRING CASE to Magistrate Judge for scheduling matters and pretrial discovery matters. Calendar Call set for 3/6/2008 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 3/10/2008 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. Signed by Judge James I. Cohn on 3/2/07. (ch1) (Entered: 03/02/2007) |
| 03/06/2007 | 3 | NOTICE of Voluntary Dismissal by Scott Eisler (Perez, Alejandro) (Entered: 03/06/2007) |
| 03/07/2007 | 4 | ORDER re 3 Notice of Voluntary Dismissal filed by Scott Eisler; Dismissing Cause without prejudice as to defendants Sony Corporation, Sony Corporation of America and Sony Electronics, Inc. Sony Electronics, Inc., Sony Corporation and Sony Corporation of America terminated. Signed by Judge James I. Cohn on 3/7/2007 (ls) (Entered: 03/07/2007) |
| 03/22/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Daniel T. K. Hurley for all further proceedings. Judge James I. Cohn no longer assigned to case.Signed by Judge James I. Cohn on 3/14/2007 and by Judge Daniel T.K. Hurley on 3/22/2007.(ls) (Entered: 03/22/2007) |
| 03/29/2007 | 6 | CERTIFICATION For Transfer to Magistrate Judge James M. Hopkins.Signed by Magistrate Judge Lurana S. Snow on 3/29/2007.(ls) (Entered: 03/29/2007) |
| 05/18/2007 | 7 | ORDER OF Administrative Close Out, administratively closed for statistical purposes.Signed by Judge Daniel T. K. Hurley on 5/17/07.(tb) (Entered: 05/18/2007) |
| | | |

| | | |
|---|---|---|
| 06/04/2007 | 8 | MDL Conditional Transfer Order CTO for consolidated pretrial proceedings pursuant to 28 USC 1407 (Chairman of the Panel) MDL Case Number 07-1827 Case Transferred to Northern District of California, Case Assigned to Judge Susan Illston(pa) (Entered: 06/05/2007) |
| 07/05/2007 | 9 | MDL CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of California re: MDL # 1827 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Susan Yvonne Illston (signed by Jeffery N. Luthi, Clerk of the Panel)(sk) (Entered: 07/05/2007) |
| 09/27/2007 | 10 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of California re: MDL # 1827 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Susan Yvonne Illston. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 09/27/2007) |
| 09/27/2007 | 11 | Clerks Note: Pursuant to the MDL Transfer Order, we are transferring the case to the Northern District of California. The Northern District of California will receive the requested PDF documents for the transfer of the case via SFmdl_clerk/CAND/09/USCOURTS. (de) (Entered: 09/27/2007) |