Marc A. Wites
Daniel A. Bushell
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
(954) 570-8989 (Phone)
(954) 354-0205 (Fax)
mwites@wklawyers.com

Attorneys for Plaintiff Scott Eisler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-cv-01827 SI <br><br> MDL No. 1827 |
| This Document Relates To: <br><br> ALL INDIRECT PURCHASER ACTIONS | **PLAINTIFF SCOTT EISLER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no other interest to report.

Dated: November 27, 2007        /s/  *Marc A. Wites*
                                Marc A. Wites
                                mwites@wklawyers.com
                                Daniel A. Bushell
                                dbushell@wklawyers.com
                                Wites & Kapetan, P.A.
                                4400 North Federal Highway
                                Lighthouse Point, FL 33064
                                (954) 570-8989 (Phone)
                                (954) 354-0205 (Fax)